Leland K. Faux, Esq.
Idaho Bar No. 10246
LELAND FAUX, ESQ. PLLC
381 Shoup Ave, Ste 214
Idaho Falls, Idaho 83402
T: (208) 497-2214
Leland@LelandFaux.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JONATHAN CASTILLO,<br><br>         Plaintiff,<br>vs.<br><br>TRUST FINANCIAL, LLC, a foreign limited liability company; DOES I – X, inclusive;<br><br>         Defendants, | Case No.: 4:20-cv-126<br><br>**STATUS REPORT REGARDING SERVICE OF PROCESS** |

      Pursuant to LR 4.1, Defendant Trust Financial, LLC has not yet been served in this action. Plaintiff anticipates that service will be made within 14 days.

      DATED: May 4, 2020

                                    /s/ Leland K. Faux
                                    Leland K. Faux, Esq.
                                    *Attorney for Plaintiff*

COMPLAINT - 1