UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JONATHAN CASTILLO,<br><br>   Plaintiff,<br><br>vs.<br><br>TRUST FINANCIAL, LLC, a foreign limited liability company; DOES I – X, inclusive;<br><br>   Defendants, | Case No.: 4:20-cv-126-DCN<br><br>**JUDGMENT** |

JUDGMENT IS ENTERED AS FOLLOWS:

Plaintiff Jonathan Castillo is awarded against Defendant Trust Financial, LLC the amount of $6,000, inclusive of all attorney's fees and costs.

Plaintiff Jonathan Castillo's debt to Apple Athletic Club is satisfied in full, including all fees, costs, and interest.

This action was decided by the acceptance of an Offer of Judgment under Fed. R. Civ. P. 68.

DATED: July 10, 2020

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1